UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELKE NICOLE ELLSWORTH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,<br><br>　　　　　　　Defendant. | Case No. C24-1238-RSL<br><br>ORDER |

Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 20th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　／s／ S. Kate Vaughan
　　　　　　　　　　　　　　　　　　　　　　S. KATE VAUGHAN
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1